IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRICIA JANETZKE, | ) | |
| on behalf of Plaintiff and the class | ) | |
| members described herein, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23−cv−13823 |
| | ) | |
| vs. | ) | Judge Manish S. Shah |
| | ) | |
| OPICHI FUNDS LLC, | ) | |
| doing business as eLoanWarehouse.com; | ) | |
| LAC COURTE OREILLES | ) | |
| FINANCIAL SERVICES II, LLC; | ) | |
| DAVID JOHNSON; | ) | |
| KIRK MICHAEL CHEWNING; | ) | |
| CANE BAY PARTNERS VI, LLLP; | ) | |
| DIMENSION CREDIT (CAYMAN), L.P.; | ) | |
| STRATEGIC LINK CONSULTING, LP; | ) | |
| ESOTERIC VENTURES, LLC; | ) | |
| INFOTEL INTERNATIONAL LTD.; | ) | |
| M. MARK HIGH, LTD.; | ) | |
| KIM ANDERSON; | ) | |
| JAY CLARK; | ) | |
| and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tricia Janetzke voluntarily dismisses this action without prejudice.

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**

1

20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Friday, November 17, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

/s/ Matthew J. Goldstein
Matthew J. Goldstein

Daniel A. Edelman
Tara Goodwin
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com