# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tricia Janetzke
                    Plaintiff,

v.                                             Case No.: 1:23−cv−13823
                                                        Honorable Manish S. Shah

Opichi Funds LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [10], this case is dismissed without prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.